ANNA G. MOORE, Respondent, v. WIKBRO REALTY CORPORATION and FINBRO REALTY CORPORATION, Appellants, Impleaded with Others.— Order unanimously

affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.